HORACE H. BAXTER, RESPONDENT, *v.* THE MISSOURI, KANSAS AND TEXAS RAILWAY COMPANY.

*Code, § 236 — right of attaching creditor to examination of defendant's debtor under.*

An order requiring a debtor of the defendant to appear and be examined, made on account of his refusal to give the certificate required by section 236 of the Code for the benefit of an attaching creditor, will not be vacated on an affidavit of such debtor stating that the funds in his hands are held in trust and cannot be applied in payment of the plaintiff's debt. The attaching creditor is not bound to take the statement of the debtor as to the character in which the money is held by him, but is entitled to the examination provided for by the Code.

APPEAL by L. H. Meyer from an order made at the Special Term, directing him to appear and be examined concerning property alleged to be held by him for the benefit of the defendant.

*John E. Burrill,* for the appellant.

*Coles Morris,* for the respondent.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order affirmed, with ten dollars costs besides disbursements.